MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH

FLOOR NEW YORK, NEW YORK
10011 TELEPHONE:
212-433-2554

**December 31, 2024**

Honorable Robert M. Levy
U.S. Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11202

> Re:   ***Abeth Hashimi v. Panagiotis Malaspinas, Co-Trustee Of The Malas Family Irrevocable Trust et al***
> ***Civil Action No.:1:24-cv-06196-RML***
> ***Joint Notice of Settlement***

Dear Honorable Magistrate Judge Levy,

   We represent Plaintiff in the above-styled action.

   Pursuant to the Court's November 15, 2024 Scheduling Order [DE#8], the Parties jointly file this letter as a notice and update of the current status of events in this action. Thereon, the Parties wish to apprise the Court that the parties have just reached a Settlement in Principle and are in the process of preparing the requisite Settlement papers and agreements therewith.

   Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a  Final Stipulation of Dismissal could be filed in the coming month or so.

   Thank you for the Court's time and consideration.

Most Respectfully,

BARDUCCI LAW FIRM
PLLC

Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only